IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

YANCEY JACK GARRINGER,

    Petitioner,

v.                              CASE NO.:  3:11cv174/MCR/CJK

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 16, 2011.  The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The petitioner's amended petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 13) is DISMISSED with prejudice, as petitioner has not demonstrated entitlement to proceed under that section.

    3.    The clerk is directed to close the file.

    DONE AND ORDERED this 12th day of July, 2011.

                                                   _M. Casey Rodgers_
                                                 M. CASEY RODGERS
                                                 CHIEF UNITED STATES DISTRICT JUDGE